**Order entered October 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00703-CR

**MICHAEL MARTESE JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75043-U**

## ORDER

Before the Court is court reporter Sasha Brooks's October 16, 2019 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due November 18, 2019.

/s/    LANA MYERS
           JUSTICE